IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 17-CR-30023-MJR |
| ) | |
| RAYMOND O. WINBUSH ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

The Government and the Defendant agree and stipulate as follows:

1. On August 29, 2016, the St. Clair County Drug Tactical Unit conducted a controlled buy using a confidential source who knew the defendant distributed methamphetamine and other controlled substances. The confidential source met the defendant at his residence, 1841 Gaty Ave, East St. Louis, IL, where the defendant sold the source approximately 6.4 grams of methamphetamine in exchange for $225.

2. On September 7, 2016, the St. Clair County Drug Tactical Unit conducted another controlled buy. The confidential source met the defendant at his residence, 1841 Gaty Ave, East St. Louis, IL, where the defendant sold the source approximately 12.1 grams of methamphetamine in exchange for $450.

3. On September 13, 2016, the St. Clair County Drug Tactical Unit conducted another controlled buy following protocol identical to the previous controlled buys. The confidential source met the defendant at his residence, 1841 Gaty Ave, East St. Louis, IL, where the defendant sold the source approximately 12.4 grams of methamphetamine in exchange for $450.

4. On September 14, 2016, the St. Clair County Drug Tactical Unit obtained a search warrant for 1841 Gaty Ave, East St. Louis, IL based on these controlled buys. The warrant was executed on September 15, 2016, and officers seized numerous bags containing purported methamphetamine and cocaine from a closet on the first floor of the residence as well as in Defendant's bedroom.

5. Those substances were submitted to the DEA laboratory for analysis, where the following was found: a total of 805.5 grams of d-Methamphetamine Hydrochloride and 115 grams of cocaine.

6. The defendant acknowledged in a post-arrest interview that he knowingly possessed the controlled substances.

7. Law enforcement officers also seized from Defendant's bedroom a loaded Sig Sauer .45 caliber handgun, serial number C004502, a loaded Taurus .44 magnum handgun, serial number TA788863, a Smith and Wesson 9mm firearm, serial number HFK3303, an AR-15 magazine, and a Sig Sauer magazine.

8. Defendant has previously been convicted of Unlawful Delivery of Controlled Substance in St. Clair County, Case Number 95-CF-77, on September 13, 1995.

9. The firearms had previously travelled in interstate or foreign commerce.

10. All relevant events occurred within the Southern District of Illinois.

11. Defendant further agrees to forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all firearms and ammunition involved or used in the charged offenses, including but not limited to the following: Sig Sauer .45 caliber handgun, serial number C004502, a Taurus .44 magnum handgun, serial number TA788863, a Smith and Wesson 9mm firearm, serial

number HFK3303, an AR-15 magazine, a Sig magazine, and any ammunition contained within the listed firearms.

    SO STIPULATED.

UNITED STATES OF AMERICA,

DONALD S. BOYCE
United States Attorney

_Raymond Winbush_
RAYMOND O. WINBUSH
Defendant

_Laura Reppert_
LAURA V. REPPERT
Assistant United States Attorney

_Thomas Gabel_
THOMAS GABEL
Attorney for Defendant

Date: 6-15-17

Date: 6/15/17